F. V. Person, appellee, v. Dr. Max Thorek et al., appellants. Gen. No. 36,500.

Opinion filed July 5, 1933.

Cohen & Berke, for appellants; H. J. Rosenberg, of counsel. Joseph B. Lawler, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Frank Schlegel and Teresa Schlegel, defendants in error, v. Henry S. Banach et al., plaintiffs in error. Gen. No. 36,531.

Opinion filed July 5, 1933. Modified and rehearing denied July 17, 1933.

John A. Blake and Arthur Abraham, for plaintiffs in error. Dana R. Simpson, for defendants in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Mildred S. Booth, appellee, v. The Prudential Insurance Company of America, appellant. Gen. No. 36,540.

Opinion filed July 5, 1933.

Hoyne, O'Connor & Rubinkam, for appellant. Campbell, Clithero & Fischer, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

B. A. Albert, appellee, v. Liberty Trust and Savings Bank, appellant. Gen. No. 36,571.

Opinion filed July 5, 1933.

Wilhartz, Hirsch & Schanfarber, for appellant; Julian H. Levi and J. A. Diamond, of counsel. Herman Waldman, for appellee; Maurice Washer, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

General Radium Institute, Inc., appellee, v. Commerce Casualty Company, appellant. Gen. No. 36,578.

Opinion filed July 5, 1933.

Cassels, Potter & Bentley, for appellant; Ralph Potter, John D. DeFeo and E. Douglas Schwantes, of counsel. Collins, McKenna & McCullough, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.